UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN W. KARCZ, JR.,
JENNIFER A. KARCZ

        Plaintiffs,

                                    Civil Action No.: 1:16-CV-00628

vs.

THE CITY OF NORTH TONAWANDA, and
THE COUNTY OF NIAGARA, et al.

        Defendants.
_____

### ATTORNEY DECLARATION IN SUPPORT OF
### PLAINTIFF'S MOTION TO CONSOLIDATE

**CHAD A. DAVENPORT, ESQ**., declares under the penalty of perjury:

1. I am an attorney duly licensed to practice law in the State of New York, and before the United States District Court, Western District of New York. I am an associate with the law firm of Rupp Baase Pfalzgraf Cunningham LLC, attorneys for plaintiffs John & Jennifer Karcz, in the above-entitled action. I have worked on this matter extensively; therefore, I am fully familiar with the facts and circumstances of this case.

2. I submit this declaration in further support of Plaintiff's motion to consolidate the instant action with the related action pending before this Court captioned *Jennifer A. Karcz v. The City of Niagara, et al.*, Civil Action No. 1:16-CV-00693-LJV-HSS (W.D.N.Y.) (the "Related Action"). For the reasons discussed in the plaintiffs' reply memorandum of law in

1

the Related Action, Mr. and Mrs. Karcz request that this Court consolidate both actions for all purposes.

Dated: July 14, 2021
      Buffalo, New York

                **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                *Attorneys for Plaintiffs*

                By:   *s/Chad A. Davenport*
                        Chad A. Davenport
                   1600 Liberty Building
                   Buffalo, New York 14202-3694
                   (716) 854-3400
                   davenport@ruppbaase.com