UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN W. KARCZ, JR.,
JENNIFER A. KARCZ

        Plaintiffs,

                                      Civil Action No.: 1:16-CV-00628

vs.

THE CITY OF NORTH TONAWANDA, and
THE COUNTY OF NIAGARA, et al.

        Defendants.
_____

## NOTICE OF MOTION

| | |
|---|---|
| **NATURE OF ACTION**: | Violation of Civil Rights. |
| **MOVING PARTY**: | The law firm of Rupp Pfalzgraf LLC, R. Anthony Rupp III and Chad A. Davenport, attorneys for the plaintiffs. |
| **DATE AND TIME**: | To be determined by the Court. |
| **PLACE**: | Hon. Lawrence J. Vilardo<br>U.S. Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| **SUPPORTING PAPERS**: | Declaration of R. Anthony Rupp III, Esq., sworn to on January 24, 2023, submitted *in camera*. |
| **ANSWERING PAPERS**: | Opposing papers, if any, are required to be filed and served in accordance with court order, or, in the absence of a court order, within 14 days after service of this motion in accordance with Local Rule 7(b)(2)(B). |
| **REPLY PAPERS**: | Plaintiff intends to submit reply papers. |
| **RELIEF REQUESTED**: | An order allowing R. Anthony Rupp III and Chad A. Davenport to withdraw as the plaintiffs' attorney. |
| **GROUNDS FOR RELIEF**: | Local Rule 83.2. |

**ORAL ARGUMENT**:	Requested.

Dated:  January 25, 2023
            Buffalo, New York

                      **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                      *Attorneys for Plaintiffs*

                      By:       *s/R. Anthony Rupp III*
                            R. Anthony Rupp III, Esq.
                            Chad A. Davenport, Esq.
                      1600 Liberty Building, 424 Main Street
                      Buffalo, New York  14202
                      (716) 854-3400

3

**CERTIFICATE OF SERVICE**

I, R. Anthony Rupp III, Esq., certify that on the 25th day of January, 2023, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which sent notification of such filing to all counsel of record registered for electronic service.

I further certify that on the 25th day of January, 2023, I deposited the foregoing in a post office box regularly maintained by the government of the United States in the County of Erie, New York for service on the plaintiffs, John and Jennifer Karcz, in this action at their last known address 357 Daniel Drive, North Tonawanda, New York 14120, while contemporaneously sending copies of the foregoing to the plaintiffs via electronic mail at the last known email address of Mr. Karcz, johnnyny2k11@gmail.com, and Mrs. Karcz, jenniny2k11@gmail.com

4854-9165-8572, v. 1

3